| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEVADA | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **RED ROCK MEGA STORAGE LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-3060815** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**8803 & 8805 N RED ROCK RD**<br>**RENO, NV 89508**<br>Number, Street, City, State & ZIP Code<br><br>**Washoe**<br>County | **Mailing address, if different from principal place of business**<br><br>**4819 ELKCREEK TRAIL**<br>**RENO, NV 89508**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **RED ROCK MEGA STORAGE LLC**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

| Debtor | RED ROCK MEGA STORAGE LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **RED ROCK MEGA STORAGE LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 17, 2025**
MM / DD / YYYY

**X /s/ JONATHAN K. ERICKSON**                    **JONATHAN K. ERICKSON**
Signature of authorized representative of debtor     Printed name

Title  **MANAGING MEMBER**

**18. Signature of attorney**

**X /s/ KEVIN A DARBY**                    Date  **June 17, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone  **775.322.1237**       Email address  **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

Fill in this information to identify the case:
Debtor name  **RED ROCK MEGA STORAGE LLC**
United States Bankruptcy Court for the:  **DISTRICT OF NEVADA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AD TUMBLER, INC. 884 WOODBRIDGE DR ARNOLD, MO 63010 | | CONSULTING SERVICES AND REIMBURSEMENT OF LEGAL FEES | | | | $30,500.00 |
| AMERICAN EXPRESS PO BOX 60189 Encino, CA 91416-0189 | | BUSINESS CREDIT CARD | | | | $2,064.70 |
| HEADWAY TRANSPORTATION 5482 LONGLEY LANE SUITE B RENO, NV 89511 | | TRADE DEBT | | | | $360.00 |
| JONATHAN K. ERICKSON 4819 ELKCREED TRAIL RENO, NV 89508 | | LOANS AND REIMBURSEMENTS | | | | $600,000.00 |
| MERIDIAN SERVICES PO BOX 22765 Charleston, SC 29413-2765 | | TRADE DEBT | | | | $840.00 |
| PATELCO PO BOX 2227 MERCED, CA 95344-0227 | | TRADE DEBT | | | | $32,385.53 |
| ROBIN OLVERA 617 PARK HILL RD DANVILLE, CA 94526 | | BOOKKEEPING SERVICES | | | | $12,500.00 |
| SGF ENGINEERING 9500 PROTOTYPE CT RENO, NV 89521 | | TRADE DEBT | | | | $1,200.00 |

Debtor   **RED ROCK MEGA STORAGE LLC**                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SUMMIT ENGINEERING CORPORATION**<br>**5405 MAE ANNE AVE**<br>**RENO, NV 89523** | | **TRADE DEBT** | | | | $23,949.90 |
| **US BANK**<br>**PO BOX 4493**<br>**PORTLAND, OR 97208-4493** | | **BUSINESS LINE CREDIT** | | | | $23,931.86 |
| **US BANK**<br>**PO BOX 790408**<br>**SAINT LOUIS, MO 63179-0408** | | **BUSINESS CREDIT CARD** | | | | $13,263.90 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

```
RED ROCK MEGA STORAGE LLC
4819 ELKCREEK TRAIL
RENO, NV 89508

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

AD TUMBLER, INC.
884 WOODBRIDGE DR
ARNOLD, MO 63010

ALLIED FORECLOSURE SERVICES
190 W. HUFFAKER LANE, #408
RENO, NV 89511

AMERICAN EXPRESS
PO BOX 60189
Encino, CA 91416-0189

ASPEN EARTHWORKS, LLC
C/O PHILIP L. KREITLEIN, ESQ.
KREITLEIN MOSS, LTD.
RENO, NV 89502

BONANNO CONCRETE, INC.
C/O RICK R. HSU, ESQ.
MAUPIN, COX & LEGOY
PO BOX 30000
RENO, NV 89520

BRIAN GEORGE
715 TUNBRIDGE RD.
DANVILLE, CA 94526

C.B. AND ANITA H. MADDOX, CO-TRUSTEES
C/O ALLIED LOAN SERVICING, LLC
1000 CAUGHLIN CROSSING, #30
RENO, NV 89519

CASTRONOVA LAW OFFICES, P.C.
ATTN: STEPHEN G. CASTRONOVA, ESQ.
605 FOREST STREET
Reno, NV 89509

DOUGLAS FAIRCLOUGH REVOCABLE TRUST
PO BOX 7801
MILL VALLEY, CA 94942

FRESQUEZ TRUST
ATTN: DENNIS & CATHERINE FRESQUEZ
320 SUNSET DRIVE
DANVILLE, CA 94506
```

GERALD W. & BELINDA GRANGER
26635 ROCKY BRANCH LANE
RICHLAND CENTER, WI 53581

HEADWAY TRANSPORTATION
5482 LONGLEY LANE
SUITE B
RENO, NV 89511

INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

JOHN D PERRI
6202 106TH AVE NE
KIRKLAND, WA 98033

JONATHAN K. ERICKSON
4819 ELKCREED TRAIL
RENO, NV 89508

KELLY VANLUVEN
5512 HALISON ST.
TORRANCE, CA 90503

LEIGH & CLARE RODNEY, TRUSTEES
THE RODNEY FAMILY TRUST
C/O CASSELL VON BAEYER
264 VILLAGE BLVD, SUITE 104
INCLINE VILLAGE, NV 89451

MAKO STEEL LP
5650 EL CAMINO REAL
CARLSBAD, CA 92008

MATTHEW & ANDREA WARD KEATHLEY
9 FLEUTI DR
MORAGA, CA 94556

MERIDIAN SERVICES
PO BOX 22765
Charleston, SC 29413-2765

MEYER SURVIVOR TRUST
320 SUNSET DR.
DANVILLE, CA 94506

PATELCO
PO BOX 2227
MERCED, CA 95344-0227

RAUL LECONA
2445 SAINT ANDREWS DR
Lincoln, CA 95648

```
ROBIN OLVERA
617 PARK HILL RD
DANVILLE, CA 94526

RYAN C. DUSTIN
C/O PHILLIP L. KREITLEIN, ESQ.
KREITLEIN MOSS, LTD
1575 DELUCCHI LANE, SUITE 105
RENO, NV 89502

S4 CONSTRUCTION
ATTN: FRANK SPEARS
5390 EALGECREST DR
RENO, NV 89523

SGF ENGINEERING
9500 PROTOTYPE CT
RENO, NV 89521

STATE OF NEVADA DEPARTMENT OF TAXATION
3850 ARROWHEAD DRIVE
2ND FLOOR
CARSON CITY, NV 89706

SUMMIT ENGINEERING CORPORATION
5405 MAE ANNE AVE
RENO, NV 89523

THE MEIXELSPERGER TRUST
C/O STEVEN MEIXELSPERGER
4253 BLACKSTONE COURT
MIDDLETON, WI 53562

THE OLVERA FAMILY LIVING TRUST
ATTN: ROBIN OLVERA, TRUSTEE
617 PARK HILL RD
DANVILLE, CA 94526

THE RODNEY FAMILY TRUST
ATTN: LEIGH & CLARE RODNEY, TRUSTEES
PO BOX 1911
ZEPHRY COVE, NV 89448

US BANK
PO BOX 790408
SAINT LOUIS, MO 63179-0408

US BANK
PO BOX 4493
PORTLAND, OR 97208-4493

WALT & CONNIE JOHNSON
4000 PIMLICO DR
STE 114-101
PLEASANTON, CA 94588
```

```
WASHOE COUNTY TREASURER
P.O. BOX 30039
RENO, NV 89520
```

# United States Bankruptcy Court
## District of Nevada

In re  **RED ROCK MEGA STORAGE LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RED ROCK MEGA STORAGE LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 17, 2025**
Date

**/s/ KEVIN A DARBY**
**KEVIN A DARBY 7670**
Signature of Attorney or Litigant
Counsel for  **RED ROCK MEGA STORAGE LLC**
**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**